Certificate Number: 03461-PAE-DE-028095765

Bankruptcy Case Number: 11-16479



03461-PAE-DE-028095765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 20, 2016, at 11:01 o'clock PM EDT, Pablo Acosta completed a course on personal financial management given by internet by Consumer Credit Counseling Service of Delaware Valley dba Clarifi , a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 21, 2016                  By:    /s/Nicole Evans

                                            Name:  Nicole Evans

                                            Title:  Credit Counselor