United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-16479-sr
Pablo V. Acosta                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Jan 23, 2017
                             Form ID: 138NEW        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db         +Pablo V. Acosta,    134 Bartlett Avenue,    Sharon Hill, PA 19079-1301
12547618   +After Hours Flooring, LLC,    134 Bartlett Avenue,    Sharon Hill, PA 19079-1301
12547620   +Associates in Anesthesia, Inc.,    POB I Suite 305,    30 Medical Center Blvd.,
             Upland, PA 19013-3955
12547622   #+Condor Capital Corp.,    165 Oser Avenue,    Hauppauge, NY 11788-3710
12572531   +Condor Capital Corp.,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
             Albany, NY 12203-1006
12547624   +Delaware Co Drs,    Po Box 543,    Media, PA 19063-0543
12673879   +Domestic Relations Section,    of Delaware County,    P.O. Box 543,    Media, PA 19063-0543
12751773   +Gemini Capital Managers, LLC,    3901 Main St.,    Suite 503,    Flushing, NY 11354-5433
12547626   +Global Credit,    20010 Century Blvd Ste 4,    Germantown, MD 20874-1118
12547627   +Han-Emergency Physicians,    P.O. Box 13973,    Philadelphia, PA 19101-3973
12593882   +KONDAUR CAPITAL CORPORATION,    One City Boulevard West,    Suite 1800,    Orange, CA 92868-3637
12520816   +Kondaur Capital Corporation,    4708 Mercantile Drive North,    Fort Worth, TX 76137-3605
12547630   +Law Office of Robert H. Holber, P.C.,    41 East Front Street,    Media, PA 19063-2911
12520817   +Lisa Lee, Esquire,    GOLDBECK MCCAFFERTY & MCKEEVER,    Suite 5000 - Mellon Independence Center,
             701 Market Street,    Philadelphia, Pa 19106-1541
12547632   +M & T Bank,    c/o Firstsource Advantage, LLC,    P.O. Box 628,    Buffalo, NY 14240-0628
12547634   +PA Department of Revenue,    c/o Accounts Recovery Bureau, Inc.,    P.O. Box 6768,
             Wyomissing, PA 19610-0768
12547635   +Peco,    P.O. Box 37629,    Philadelphia, PA 19101-0629
12547636   +Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
12547637   +Rmcb,    1261 Broadway,    New York, NY 10001-3506
12761671   +Robert H. Holber, Esquire,    41 East Front Street,    Media, PA 19063-2911
12547639   +Southeast Radiology, Ltd.,    P.O. Box 809,    Berwick, PA 18603-0809
12595190    Verizon,    PO BOX 3037,    Bloomington, IL 61702-3037
12547642   +Verizon,    P.O. Box 28000,    Lehigh Valley, PA 18002-8000
12547643   +Verizon Pen,    Verizon Wireless Department/Attn: Bankru,    PO Box 3397,
             Bloomington, IL 61702-3397
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jan 24 2017 02:05:45     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2017 02:05:39     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:58:34
             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
12524043   +E-mail/Text: EBNProcessing@afni.com Jan 24 2017 02:05:35     Afni, Inc.,    PO Box 3667,
             Bloomington, IL 61702-3667
12547619   +E-mail/Text: bsimmons@amsher.com Jan 24 2017 02:05:50     Amsher Coll,
             600 Beacon Pkwy W Ste 30,    Birmingham, AL 35209-3120
12547623   +E-mail/Text: clientrep@capitalcollects.com Jan 24 2017 02:05:54
             Crozer-Chester Medical Center,    c/o Capital Collection Service,    P.O. Box 150,
             West Berlin, NJ 08091-0150
12547628   +E-mail/Text: cio.bncmail@irs.gov Jan 24 2017 02:05:19     Internal Revenue Service,
             P.O. Box 16336,    Philadelphia, PA 19114
13028110    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:58:59     Midland Funding LLC,
             by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
             Houston, TX  77210-4457
12547633   +E-mail/Text: bankruptcydepartment@tsico.com Jan 24 2017 02:05:51     NCO Portfolio Management,
             c/o ALW Sourcing, LLC,    1804 Washington Blvd.,    Baltimore, MD 21230-1700
12594999   +E-mail/Text: bankruptcygroup@peco-energy.com Jan 24 2017 02:05:20     PECO Energy Company,
             c/o Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
12570396    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 02:05:28
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg PA 17128-0946
13470501    E-mail/Text: bknotices@snsc.com Jan 24 2017 02:05:52     SN Servicing Corporation,
             323 Fifth Street,    Eureka, CA 95501
12547640   +E-mail/Text: appebnmailbox@sprint.com Jan 24 2017 02:05:32     Sprint,    P.O. Box 105243,
             Atlanta, GA 30348-5243
                                                                                   TOTAL: 13
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12547641    Sprint
smg*        Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
cr*        +Condor Capital Corp.,    c/o Deily Mooney & Glastetter, LLP,    8 Thurlow Terrace,
             Albany, NY 12203-1006
cr*        +Gemini Capital Managers, LLC,    3901 Main St.,    Suite 503,    Flushing, NY 11354-5433
cr*        ++SN SERVICING CORPORATION,    323 FIFTH ST,    EUREKA CA 95501-0305
             (address filed with court: SN Servicing Corporation,    323 Fifth Street,    Eureka, Ca  95501)
12555616*  +Condor Capital Corp.,    165 Oser Avenue,    Hauppauge, NY 11788-3710
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Jan 23, 2017
                             Form ID: 138NEW            Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
12662964*      +Condor Capital Corp.,    165 Oser Avenue,   Hauppauge, NY 11788-3710
12548601*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court:  Internal Revenue Service,    PO Box 16336,   Philadelphia, PA 19114)
12547629*      +Kondaur Capital Corporation,    4708 Mercantile Drive North,   Fort Worth, TX 76137-3605
12547631*      +Lisa Lee, Esquire,   GOLDBECK MCCAFFERTY & MCKEEVER,    Suite 5000 - Mellon Independence Center,
                701 Market Street,   Philadelphia, Pa 19106-1541
12547621      ##+Capitol Cred,    PO Box 496,   Dover, DE 19903-0496
12547625      ##+First Comp,    P.O. Box 2329,   Omaha, NE 68103-2329
12547638      ##+Saxon Mortgage Services, Inc.,    4708 Mercantile Drive North,   Fort Worth, TX 76137-3605
                                                                   TOTALS: 1, * 9, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
```
              ANN E. SWARTZ   on behalf of Creditor   Kondaur Capital Corporation ecfmail@mwc-law.com,
                ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Kondaur Capital Corporation
                bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
                ecf_frpa@trustee13.com
              ROBERT H. HOLBER   on behalf of Debtor Pablo V. Acosta rholber@holber.com
              STEPHEN M HLADIK   on behalf of Creditor   SN Servicing Corporation shladik@hoflawgroup.com,
                debersole@hoflawgroup.com
              STEPHEN M HLADIK   on behalf of Creditor   Gemini Capital Managers, LLC shladik@hoflawgroup.com,
                debersole@hoflawgroup.com
              THOMAS I. PULEO   on behalf of Creditor   Kondaur Capital Corporation tpuleo@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                   TOTAL: 9
```

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Pablo V. Acosta

                Debtor(s)

Bankruptcy No: 11−16479−sr

Chapter: 13

_____

***NOTICE***


To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:


    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

            900 Market Street
            Suite 400
            Philadelphia, PA 19107

within 30 days from the date of this notice.


    3. In the absence of any objection, the Court may enter the Order of Discharge.


            For The Court

            Timothy B. McGrath
            Clerk of Court


Dated: 1/23/17