United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 11-16479-sr
Pablo V. Acosta                                                       Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Mar 03, 2017
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db              +Pablo V. Acosta,    134 Bartlett Avenue,    Sharon Hill, PA 19079-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    Kondaur Capital Corporation ecfmail@mwc-law.com,
      ecfmail@mwc-law.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Kondaur Capital Corporation
      bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      ROBERT H. HOLBER    on behalf of Debtor Pablo V. Acosta rholber@holber.com
      STEPHEN M HLADIK    on behalf of Creditor   SN Servicing Corporation shladik@hoflawgroup.com,
      debersole@hoflawgroup.com
      STEPHEN M HLADIK    on behalf of Creditor   Gemini Capital Managers, LLC shladik@hoflawgroup.com,
      debersole@hoflawgroup.com
      THOMAS I. PULEO    on behalf of Creditor    Kondaur Capital Corporation tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                 TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Pablo V. Acosta : Case No. 11−16479−sr
      Debtor(s)

### ORDER
_____

    AND NOW, this day , March 3, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Stephen Raslavich
Judge , United States Bankruptcy Court

94
Form 195